UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOY HODGE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:24-cv-296-MTS |
| PAUL RAMSAROOP, *et al.*, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER OF REMAND**

The Court declines to exercise supplemental jurisdiction. *See Bhattacharya v. Bd. of Regents of Southeast Missouri State Univ.*, 1:22-cv-00043, 2022 WL 17844457, at *10 (E.D. Mo. Dec. 22, 2022) (referencing 28 U.S.C. § 1367(c)); *see also Barstad v. Murray Cnty.*, 420 F.3d 880, 888 (8th Cir. 2005). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to Remand Case to State Court, Doc. [14], is **GRANTED**, and this case is **REMANDED** to the Circuit Court of the City of St. Louis.

Dated this 15th day of May 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE